,WIDEMAN v. FRANKS.

March 21, 1884.

3 Pac. 494.

**Fraudulent Sale.**—Evidence Held Sufficient to Justify a Finding that plaintiff's title was derived under a fraudulent sale, and void as to creditors.[1]

APPEAL from the Superior Court of Monterey County.

This was an action by plaintiff to recover the value of certain sheep, of which he claimed to be the owner, through purchase from one Alvarado. The defendant, as sheriff, justified under an execution against said sheep as the property of said Alvarado. Evidence was offered to show that the transfer from Alvarado to plaintiff was fraudulent. The court found the transfer to be fraudulent, and rendered judgment in favor of the defendant. Plaintiff appealed.

A. S. Kittredge for appellant; D. M. Delmas for respondent.

By the COURT.—We think the evidence is sufficient to justify the finding that the transaction between Alvarado and plaintiff was fraudulent and void as to the creditors of the former.

Judgment and order affirmed.

---

1 Cited and followed in Kelly v. Murphy, 70 Cal. 363, 12 Pac. 468, which holds delivery and continued change of possession vital to a valid sale.